IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EARL C OGDEN,

    Petitioner,

v.                                    CASE NO. 5:14-cv-112-RS-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

Petitioner initiated this case by fling a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 challenging his 1993 Bay County guilty-plea conviction and 10-year sentence for burglary of a structure. Petitioner failed to either pay the $5.00 habeas corpus filing fee or file a motion for leave to proceed in forma pauperis. Further, the Petition fails to allege facts showing that Petitioner remains "in custody" pursuant to the 1993 prosecution, or that the Petition should be deemed timely. Doc. 1.

In view of these deficiencies, the Court ordered Petitioner to file an Amended Petition setting forth facts showing that he remains in custody pursuant to the 1993 Bay Count prosecution, and facts showing that the Petition is timely based upon newly discovered evidence. The Court also ordered Petitioner to either pay the $5.00 habeas corpus filing fee or a motion for leave to proceed IFP. Doc. 3. Petitioner received an extension of time until July 11, 2014, to comply with this order. Doc. 5. As of this date, Petitioner has failed to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to prosecute.

**IN CHAMBERS**  this 6th day of August 2014.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.