IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EARL C. OGDEN,

    Petitioner,

v.   CASE NO. 5:14-cv-112-RS-GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 6). No objection has been filed. I have reviewed the report and recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice** for failure to prosecute.

3. The clerk is directed to close the file.

**ORDERED** on September 9, 2014.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**